# STATEMENT OF FACTS

Your affiant, Andrew C. Cramlet, is a Special Agent with the Federal Bureau of Investigation (FBI) and is presently assigned to the Cincinnati Division, Columbus Resident Agency. Among my duties as a Special Agent, I conduct investigations of criminal activity that uses force or threat of violence in furtherance of a social/political agenda. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies or is based on a review of various documents, records, and reports. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not contain every fact known by me or the FBI. The dates and times listed in this Affidavit should be read as "on or about".

## Background: Events at the U.S. Capitol on January 6, 2021

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of JOSHUA SCOTT PARMENTER

Immediately following the events of January 6, 2021, the FBI and other law enforcement agencies began investigating the crimes committed on January 6. As part of this investigation, the FBI received search warrant returns from Google that indicated Google e-mail address joshparm****@gmail.com, under name "Tetsuo Takahashi The 5th Pillar Man" and associated with phone number ending in 7204 and recovery email joshua****@ymail.com[1], was located inside the U.S. Capitol building, a restricted area, between the hours of 2:00 p.m. and 6:30 p.m. Eastern Standard Time (EST) on January 6, 2021. The account information for joshparm****@gmail.com indicated the user as JOSHUA SCOTT PARMENTER (PARMENTER). Further analysis of the the account as well as law enforcement database checks revealed that PARMENTER resided in or around Lancaster, Ohio.

On or about May 19, 2021, the FBI interviewed PARMENTER. During the interview, PARMENTER confirmed that he used e-mail accounts joshparm****@gmail.com and joshua****@ymail.com and telephone number ending in 7204. PARMENTER advised that he traveled alone from Lancaster, Ohio to Washington, D.C. on January 6, 2021 to show his support for President Donald J. Trump and to protest against the election. PARMENTER arrived too late to hear Trump, but did witness Alex Jones speak. Eventually PARMENTER moved with the crowd to the U.S. Capitol after Jones finished speaking. *See* Figure 1. PARMENTER has reddish hair with a beard and is seen wearing a wearing a black hooded sweatshirt, dark jeans, and black and white sneakers. During the FBI's interview, PARMENTER estimated he stood within five feet of the Capitol Building's doorway and could easily see inside. However he repeatedly denied actually entering the building. At the time of the interview, no known video of PARMENTER existed as evidence.

---

[1] PARMENTER's phone number and email addresses are known to the affiant.



*Figure 1: Open Source Photo of PARMENTER headed towards the Capitol*

PARMENTER was later found in open source video and photos near the West Plaza of the U.S. Capitol. *See* Figures 2-3. At the time PARMENTER was near the West Plaza area there was police presence and what appears to be tear gas in the air.

 

*Figure 2: Still from YouTube Video of PARMENTER*      *Figure 3: Still From Open Source Video of PARMENTER*

**PARMENTER Enters the U.S. Capitol Building**

On or about February 17, 2022, while searching CCTV footage, FBI personnel identified an individual entering the Capitol Building and remaining inside for approximately three minutes. At approximately 3:06 p.m. on January 6, 2021, PARMENTER, entered the U.S. Capitol building through the Senate Wing Doors. The original interviewing agents confirmed PARMENTER as the individual highlighted by a yellow circle in the Figures below.



*Figure 4: PARMENTER entering the U.S. Capitol through the Senate Wing Doors*



*Figure 5: PARMENTER inside the U.S. Capitol*

FBI was able to locate open source video from https://archive.org depicting PARMENTER in the U.S. Capitol Senate Wing. *See* Figure 6.



*Figure 6: PARMENTER Inside the Senate Wing*

At approximately 3:09 p.m. PARMENTER exited the Capitol building through the Senate Wing Doors of the U.S. Capitol. *See* Figures 7-8.



*Figure 7: PARMENTER departing the U.S. Capitol*

5



*Figure 8: PARMENTER exiting the U.S. Capitol through the Senate Wing Doors*

## CONCLUSION

Based on the foregoing, your affiant submits that there is probable cause to believe that PARMENTER violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that PARMENTER violated 40 U.S.C. §§ 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; (G) parade, demonstrate, or picket in any of the Capitol Buildings.

_____
Andrew C. Cramlet
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 13th day of November 2023.

_____
HON. ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE