UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 1-23-cr-404 (JEB) |
| | : | |
| JOSHUA PARMENTER | : | |
| | : | |
| _____ | : | |

**CONSENT MOTION TO CONTINUE STATUS/ARRAIGNMENT**

Joshua Parmenter hereby moves this Court for a continuance of status/arraignment in the above-captioned proceeding. In support of this motion, Mr Parmenter states as follows:

1. Joshua Parmenter is before the Court charged by Information with one count each of; Obstruction of an Official Proceeding in violation of 18 U.S.C. §1512(c)(2); Civil Disorder and Aiding and Abetting in violation of 18 U.S.C. §231(a)(3, 2; Entering and Remaining in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752(A)(1), Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 U.S.C. § 1752 (a)(2), Disorderly Conduct in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(D), and Demonstrating or Picketing in a Capitol Building in violation of 40 U.S.C. § 5104 (e)(2)(G). A status hearing is currently set for Tuesday 28th November, 2023 @ 4:30pm.

2. Mr Parmenter appeared for his initial appearance on 21 November, 2023. At that hearing, Magistrate Judge Upadhyaya set a further date of 9 January, 2024, but instructed the parties to reach to chambers for his Honorable Court to set a date on this calendar. Chambers reached out to the parties and a date of 27 November was agreed. Mr Parmenter did not

receive notice of this date. Mr Parmenter did not appear on the 27 November and carried the matter to 28 November at 4:30pm.

3. Counsel has been in contact with Mr Parmenter regarding this hearing. Mr Parmenter is unavailable due to work commitments, however, he understands his obligations to the Court and has enquired as to resetting this date for the week beginning 4 December, 2023.

4. Government counsel has been consulted on this Motion. The government consents to this Motion with the understanding that Mr Parmenter agrees to toll Speedy Trial clock between today's scheduled hearing and the next date. Mr Parmenter agrees that the time limits mandated by 18 U.S.C. § 3161 are tolled for this period.

WHEREFORE, for the above reasons, the Joshua Parmenter respectfully requests that this Court grant this Motion to continue the currently scheduled status/arraignment in the above-captioned proceeding.

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Joshua Parmenter

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Consent Motion to Continue Status/Arraignment is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record and co-defendant counsel this 28th day of November, 2023.

                                                    /s/ *Peter A. Cooper*
                                                    Peter A. Cooper